IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE:

JEFFREY CLAY,                               CASE NO.: 18-02359-TOM13

DEBTOR.
_____/

**CONSENT ORDER CONDITIONALLY DENYING**
**RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

This Matter was set for hearing on February 28, 2019, upon the Motion for Relief from the Automatic Stay and Co- Debtor Stay (hereinafter, "Motion for Relief")[Docket#49] filed by Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter, "Movant"), seeking relief from the automatic stay imposed by 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(a) as they relate to the enforcement of the mortgage lien against the real property located at 6127 Amy Lane, Trussville, Alabama 35173 and further described in the mortgage attached as Exhibit "A" of said Motion for Relief. Proper notice of the hearing was given and the Court having reviewed the pleadings, affidavit, and consent of all parties, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion For Relief From Stay is hereby CONDITIONALLY DENIED as to any post-petition arrearage due in relation to the mortgage in favor of Movant upon the property described above through the month of February 2019, subject to the further provisions of this Order.

2. The total post petition delinquency owed to Movant through the month of February 2019, shall be placed into Debtor's Plan to be paid as a secured claim and shall be comprised of the following:

| | |
|---|---|
| 3 Payments   (12/18 - 2/19 at $1,407.19 per month) | $4,221.57 |
| Court Cost | $1,031.00 |
| Less Suspense | ($-536.71) |
| **Total Postpetition Arrearage** | **$4,715.86** |

3. Movant is granted leave of court to file a Supplemental Proof of Claim for the above postpetition arrearage, which said claim shall be paid one hundred percent (100%). The interest, if any, to be paid on the claim shall be stated on the face thereof. The Trustee shall be authorized to modify the Plan to pay said claim.

4. As adequate protection, Debtor shall resume the regular monthly payment due under the note and mortgage beginning with the March 2019 payment and continuing on the 1st day of each consecutive month thereafter. The automatic stay is hereby modified to that extent that Movant does not receive any future regular monthly payment from Debtor within the calendar month such payment comes due, and after a twenty (20) day written notice of default to Debtor, Debtor's attorney and Trustee, the stay provided under 11 U.S.C. Section 362 shall terminate automatically without further order of this Court, as they relate to the enforcement of the lien regarding the aforementioned property, and Movant, its successors and/or assigns, shall be free to enforce any and all of its respective rights, title and interest in and to the

aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of its note and mortgage and the laws of the State of Alabama. This Order shall not be stayed pursuant to Fed.R.Bankr.P. 4001(a)(3).
.

      **ORDERED** this the 19th day of March 2019

                                                /s/ Tamara O. Mitchell
                                                TAMARA O. MITCHELL
                                                United States Bankruptcy Judge

| This Order prepared by: | Attorney for Debtor<br>Bond, Botes, Reese & Shinn, P.C.<br>15 Southlake Lane, Suite 140<br>Birmingham, AL 35244 |
|---|---|
| */s/ Jackson E. Duncan, III*<br>Jackson E. Duncan, III<br>Attorney for Movant<br>McCalla Raymer Leibert Pierce, LLC<br>2 North 20th Street, Suite 1000<br>Birmingham, Alabama 35203<br>Phone: (205) 443-0081<br>Email: Jackson.Duncan@mccalla.com | */s/ Mary F. Fallaw*<br>Attorney for Trustee<br>Bradford W. Caraway<br>Chapter 13 Standing Trustee<br>P O Box 10848<br>Birmingham, AL 35202-0848 |

This Order consented to by:

*/s/ Robert D. Reese*
Robert D. Reese